| | |
|---|---|
| **From:** | CA02db Intake |
| **To:** | CA02db Case_Closing |
| **Cc:** | Khadijah Young |
| **Subject:** | 21-519-cv(L) -591-cv Bruce Kirby, Inc. et al v. LaserPerformance (Europe) Limited et al USCA Order |
| **Date:** | Friday, August 18, 2023 1:14:17 PM |

**From:** CMECF@ctd.uscourts.gov <CMECF@ctd.uscourts.gov>
**Sent:** Friday, August 18, 2023 12:32 PM
**To:** CTD CMECF <CMECF@ctd.uscourts.gov>
**Subject:** Activity in Case 3:13-cv-00297-JAM Bruce Kirby, Inc. et al v. LaserPerformance (Europe) Limited et al USCA Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Connecticut

## Notice of Electronic Filing

The following transaction was entered on 8/18/2023 at 12:31 PM EDT and filed on 8/18/2023

| | |
|---|---|
| **Case Name:** | Bruce Kirby, Inc. et al v. LaserPerformance (Europe) Limited et al |
| **Case Number:** | 3:13-cv-00297-JAM |
| **Filer:** | |

**WARNING: CASE CLOSED on 02/02/2021**

**Document Number:** 706

**Docket Text:**
**ORDER of USCA as to [655] Notice of Appeal filed by LaserPerformance (Europe) Limited, Quarter Moon, Incorporated and [657] Notice of Cross Appeal filed by Bruce Kirby. USCA ORDER AFFIRMING the District Courts judgment for Kirby in connection with his common law claim against LPE for misappropriation of name, VACATING the District Courts judgment awarding BKI damages in connection with its Lanham Act claim against QMI, and REMANDING the case for further proceedings. USCA Case Number 21-519 and 21-591. Mandate expected to issue 9/8/2023. (Chartier, A)**

**3:13-cv-00297-JAM Notice has been electronically mailed to:**

James Kevin Grogan     grogan@gtv-ip.com, SailLit@gtv-ip.com

Judith Ann Lockhart     lockhart@clm.com, CourtMail@clm.com, murphy@clm.com

Douglas S. Skalka     dskalka@npmlaw.com, NeubertPepeMonteithPC@jubileebk.net, smowery@npmlaw.com

Wesley W. Whitmyer, Jr     litigation@whipgroup.com

Peter T. Fay     PFay@npmlaw.com, cfoley@npmlaw.com, cschwind@npmlaw.com

Robert B. Flynn     rflynn@npmlaw.com, npmlitigation@gmail.com, scasimir@npmlaw.com

Nancy B. Kinsella     nbk@npmlaw.com, ecrafts@npmlaw.com, npm.bankruptcy@gmail.com, smowery@npmlaw.com

Simon Irving Allentuch (Terminated)     sallentuch@nemsed.com, 5400woodlawn@gmail.com

Jeffrey S. Boxer     boxer@clm.com, CourtMail@clm.com, malaspina@clm.com, murphy@clm.com

Kevin C Cain     KCain@sulloway.com, Hurrahcain@yahoo.com

Kevin Vanderleeden     vanderleeden@gtv-ip.com, saillit@gtv-ip.com

Corey S Fitzgerald     cfitzgerald@npmlaw.com, ecrafts@npmlaw.com, sbraun@npmlaw.com

Robert Devin Keeler     rkeeler@whipgroup.com, litigation@whipgroup.com

Jeffrey E. Schiller     schiller@gtv-ip.com

Joseph Romagnano     gtvsec@gtv-ip.com

**3:13-cv-00297-JAM Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1034868047 [Date=8/18/2023] [FileNumber=7582676-0
] [ba2c80de028d8d537102b848389d5cd257c0a938448bf29e84e112e6d618e6e2a30
f59e9019ffb12453e63929d3b26ee9e637368b6d7535c071b2eb0c476c1a9]]